# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ayayi A.C. Ajavon          CHAPTER 7

       <u>Debtor</u>          BKY. NO. 19-16872 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) and index same on the master mailing list.

             Respectfully submitted,
             **/s/ <u>Rebecca A. Solarz, Esq</u>**
             Rebecca A Solarz, Esquire
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322